Philip R. Goldberg, CA Bar #298855
PGoldberg@SeraphLegal.Com
T:773-388-2784 / F:877-205-4380
11045 Camarillo St #116
N Hollywood, CA 91602
Attorney for Frank Capobianco (Plaintiff)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Frank Capobianco,<br><br>*Plaintiff*,<br><br>v.<br><br>Westlake Services, LLC,<br><br>*Defendant*. | Case No. 2:20-cv-08025<br><br>**JOINT Stipulation of Dismissal** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Parties hereby file this Joint Stipulation of Dismissal with prejudice, each party to bear their own costs and fees.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| /s/Philip R. Goldberg | /s/Benjamin J. Carter |
| Philip R. Goldberg | Benjamin J. Carter |